THE PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* JU-
LIÁN CORA CORA, alias PITILLÁN, Defendant and Appellant.

No. 9193.—Argued June 8, 1942.—Decided June 12, 1942.

*Julián Cora Cora, pro se.   George A. Malcolm, Attorney General,
R. A. Gómez, Prosecuting Attorney,* and *Luis Negrón Fernández,
Assistant Prosecuting Attorney,* for appellee.

MR. JUSTICE SNYDER delivered the opinion of the court.

The defendant has appealed from a sentence of life im-
prisonment for murder in the first degree.  In his brief he
relies solely on the contention that he was forced to plead
guilty by the police and that his attorneys entered a plea
of guilty without consulting him and without his consent.

The record discloses only that personally and through
counsel, who were appointed by the court, the defendant en-
tered a plea of guilty.  On the record before us we are
therefore unable to determine if there is any basis for his
contention.  If the defendant can establish the facts which
he recites in his brief, he has an appropriate remedy.  *Be-
rríos* v. *Saldaña,* 59 P.R.R. 895.

The judgment of the district court will be affirmed.